

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00918-CV

**In Re Commitment of Thomas Lee Roberts**

NO. 12-11-12508 CV IN THE 435TH DISTRICT COURT OF MONTGOMERY COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| RPT RECORD | $3,171.00 | 02/07/2014 | PAID | STA |
| CLK RECORD | $523.00 | 10/15/2013 | INDIGENT | ANT |
| TRANSFER | $175.00 | 09/20/2013 | INDIGENT | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $3,869.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this June 26, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**